# EXHIBIT 1
# Part 2 of 3



Marco Marroquin, H-62380
Box 689    G-123L
California State Prison
Soledad, CA 93960-0689

# ORIGINAL

IN THE SUPREME COURT

FOR THE STATE OF CALIFORNIA


S U P P O R T I N G        D O C U M E N T S


Exhibit "A"    PAROLE HEARING TRANSCRIPTS

Exhibit "B"    In re, MIKAEL SCHIOLD

Exhibit "C"    In re ROBERT ROSENKRANTZ

Exhibit "D"    Pages from Habeas Petition(s)

Exhibit "E"    Pages from Trial Transcripts

Exhibit "F"    Decision Sheet

Attachment "1"    PEOPLE v. CEJA

EXHIBIT "A"

SUBSEQUENT PAROLE CONSIDERATION HEARING

STATE OF CALIFORNIA

BOARD OF PAROLE HEARINGS

In the matter of the Life )
Term Parole Consideration )
Hearing of: )          CDC Number H-62380
)
MARCO MARROQUIN )          INMATE
)
_____)          COPY.

CORRECTIONAL TRAINING FACILITY

SOLEDAD, CALIFORNIA

JUNE 6, 2006

11:40 A.M.

PANEL PRESENT:

Ms. Linda Shelton, Presiding Commissioner
Mr. Bill Keenan, Deputy Commissioner

OTHERS PRESENT:

Mr. Marco Marroquin, Inmate
Ms. Aracelisa Zavala, Interpreter
Mr. Richard Rutledge, Attorney for Inmate
Mr. David Pearson, Deputy District Attorney
Correctional Officers Unidentified

CORRECTIONS TO THE DECISION HAVE BEEN MADE

_____          See Review of Hearing
_____          Transcript Memorandum

Berenice Billington, Peters Shorthand Reporting

ii

## INDEX

PAGE

Proceedings .......................................... 1

Case Factors ......................................... 8

Pre-Commitment Factors ............................. 19

Post-Commitment Factors ............................ 26

Parole Plans ....................................... 41

Closing Statements ................................. 66

Recess ............................................. 71

Decision ........................................... 72

Adjournment ........................................ 81

Transcriber Certification .......................... 82

--oOo--

1

<u>P R O C E E D I N G S</u>

1                    DEPUTY COMMISSIONER KEENAN:  We're on

2

3   record.

4                  PRESIDING COMMISSIONER SHELTON:  All

5   right.  Good afternoon, everyone.  We are here

6   for a Subsequent Parole Consideration Hearing

7   for Marco Marroquin, CDC number H-62380.

8   Today's date is June 6, 2006.  The time is 11:40

9   a.m.  We are located at CFT.  Mr. Marroquin was

10   received on January 14th, 1993, committed from

11   Los Angeles County.  His life term began

12   December 24, 1993, with a minimum eligible

13   parole date of December 24th, 2003.  The

14   controlling offense for which the Inmate is

15   committed is set forth in case number TA016787,

16   charging in count one, violation of PC 187,

17   murder in the second degree, along with

18   PC 12022.5(a), use of a firearm.  Mr. Marroquin

19   received a term of 15 years to life, plus a

20   three-year enhancement, equaling 18 years to

21   life.  Mr. Marroquin, this hearing is being

22   recorded for voice identification purposes, so

23   we will go around the room and state our first

24   name and our last name, spell our last name, and

25   when we get to you, please add your CDC number.

26   I will start and go to my left.  My name is

27   Linda Shelton, S-H-E-L-T-O-N, Commissioner.

1          DEPUTY COMMISSIONER KEENAN:  Bill Keenan,

2   K-double-E-N-A-N, Deputy Commissioner.

3          DEPUTY DISTRICT ATTORNEY PEARSON:   David

4   Pearson, P-E-A-R-S-O-N, Deputy District Attorney

5   from the County of Los Angeles.

6          ATTORNEY RUTLEDGE:  Richard Rutledge,

7   R-U-T-L-E-D-G-E, counsel for Mr. Marroquin.

8          INMATE MARROQUIN THROUGH THE INTERPRETER:

9   My name is Marco Marroquin, M-A-R-R-O-Q-U-I-N,

10  H-C2 - excuse me.

11         THE INTERPRETER:  H-62380 is Mr.

12  Marroquin's CDC number.  Aracelisa Zavala,

13  Z-A-V-A-L-A, Interpreter.

14         PRESIDING COMMISSIONER SHELTON:  And for

15  the record, we have two officers in the room for

16  security purposes who will not be participating

17  in this hearing.  All right, Mr. Marroquin, you

18  signed a form called BPT Form 1073 back in July

19  of 2005 with regards to any need for

20  accommodations for disabilities.  As well, you

21  signed a form today that your attorney went over

22  with you?

23         INMATE MARROQUIN THROUGH THE INTERPRETER:

24  Yes.

25         PRESIDING COMMISSIONER SHELTON:  Do you

26  wear glasses, senor?

27         INMATE MARROQUIN THROUGH THE INTERPRETER:

1    Yes, just to read.

2            PRESIDING COMMISSIONER SHELTON:    And your

3    glasses work okay for you?

4            INMATE MARROQUIN THROUGH THE INTERPRETER:

5    Yes.    Yeah.

6            PRESIDING COMMISSIONER SHELTON:    Do you

7    have any hearing problems?

8            INMATE MARROQUIN THROUGH THE INTERPRETER:

9    No.

10           PRESIDING COMMISSIONER SHELTON:    Do you

11   have any walking, sitting or standing problems?

12           INMATE MARROQUIN THROUGH THE INTERPRETER:

13   No.

14           PRESIDING COMMISSIONER SHELTON:    Is there

15   any reason that you wouldn't be able to complete

16   this hearing today?

17           INMATE MARROQUIN THROUGH THE INTERPRETER:

18   No.

19           PRESIDING COMMISSIONER SHELTON:    You're

20   perfectly comfortable with going forward?

21           INMATE MARROQUIN THROUGH THE INTERPRETER:

22   Perfectly.

23           PRESIDING COMMISSIONER SHELTON:    Thank

24   you.    Mr. Rutledge, have we accommodated any and

25   all disabilities?

26           ATTORNEY RUTLEDGE:    Yes, Commissioner.

27           PRESIDING COMMISSIONER SHELTON:    Okay.    I

4

1    think we're okay.  Does anybody have a problem

2    with leaving the air conditioning on at the

3    moment, are we - can we hear each other okay?

4    Except for Mr. Rutledge might have to speak up.

5         DEPUTY COMMISSIONER KEENAN:  I want to

6    get that microphone just a little closer.

7         PRESIDING COMMISSIONER SHELTON:  If it

8    gets sidetracking, we'll turn it off.  All

9    right.  Mr. Marroquin, you also have some

10   rights.  You have the right to an impartial

11   hearing.  Do you have any problem with

12   Commissioner Keenan or myself handling your

13   hearing today?

14        INMATE MARROQUIN THROUGH THE INTERPRETER:

15   No way.

16        PRESIDING COMMISSIONER SHELTON:  All

17   right.  You also understand that the process for

18   appealing a decision has to go through court

19   now, in case you don't - you want to appeal a

20   decision, and your attorney can help you do that

21   if you have any concerns about that.

22        INMATE MARROQUIN THROUGH THE INTERPRETER:

23   Thank you.

24        PRESIDING COMMISSIONER SHELTON:  All

25   right.  Counsel, have we met all of your

26   client's rights today -

27        ATTORNEY RUTLEDGE:  Yes.

1        PRESIDING COMMISSIONER SHELTON:  — so

2   far?  Okay.  Thank you.  Mr. Marroquin, you are

3   not required to admit to or discuss your

4   offense; however, this panel accepts as true the

5   findings of the court.  Do you know what that

6   means?

7        INMATE MARROQUIN THROUGH THE INTERPRETER:

8   Not exactly.

9        PRESIDING COMMISSIONER SHELTON:  What it

10  means is that we have court papers that said

11  what you did on your commitment offense, and we

12  have to go by that.

13       INMATE MARROQUIN THROUGH THE INTERPRETER:

14  That's fine.

15       PRESIDING COMMISSIONER SHELTON:  All

16  right.  It also means, like I said, you don't

17  have to talk about this either.  You and your

18  attorney can decide what you want to do there.

19       INMATE MARROQUIN THROUGH THE INTERPRETER:

20  There's no problem.

21       PRESIDING COMMISSIONER SHELTON:  All

22  right.  Commissioner, do we have any

23  confidential material?

24       DEPUTY COMMISSIONER KEENAN:  We do not.

25       PRESIDING COMMISSIONER SHELTON:  All

26  right.  Where do we have the Hearing Checklist

27  at?  I think I put it in front of you.  Do you

6

1   have it, Mr. Pearson, the Hearing Checklist?

2           DEPUTY DISTRICT ATTORNEY PEARSON:   Yes.

3           PRESIDING COMMISSIONER SHELTON:   Here is

4   it is.

5           DEPUTY DISTRICT ATTORNEY PEARSON:   Yes, I

6   do.

7           PRESIDING COMMISSIONER SHELTON:   All

8   right.   Both attorneys have seen the Hearing

9   Checklist, and both of you have signed that you

10  have everything you need to move forward in

11  today's hearing?

12          ATTORNEY RUTLEDGE:   Correct.

13          PRESIDING COMMISSIONER SHELTON:   Mr.

14  Pearson?

15          DEPUTY DISTRICT ATTORNEY PEARSON:   Yes.

16          PRESIDING COMMISSIONER SHELTON:   Okay.

17  Great.   Thank you.   All right.   Mr. Rutledge,

18  are there any additional documents to be

19  submitted?

20          ATTORNEY RUTLEDGE:   I don't believe so.

21  There was some question regarding a certificate

22  that may or may not be in the file, but —

23          PRESIDING COMMISSIONER SHELTON:   We'll

24  get to that when we start covering — it was a

25  vocational certificate?

26          ATTORNEY RUTLEDGE:   Correct.

27          PRESIDING COMMISSIONER SHELTON:   Okay.

1    We can look for that as we get to that portion.

2    He may have some things there.  Mr. Marroquin,

3    do you have anything in that file that you

4    wanted to submit with permission from your

5    attorney?

6          INMATE MARROQUIN THROUGH THE INTERPRETER:

7    All I have here is documents that are already

8    (indiscernible).

9          PRESIDING COMMISSIONER SHELTON:   Okay.

10   Well, that's good to know.  In case we can't

11   find them here, we'll look in there.

12         INMATE MARROQUIN THROUGH THE INTERPRETER:

13   Correct.

14         PRESIDING COMMISSIONER SHELTON:   All

15   right.  Are there any preliminary objections?

16         ATTORNEY RUTLEDGE:   No.

17         PRESIDING COMMISSIONER SHELTON:   Will

18   your client be speaking with us today?

19         ATTORNEY RUTLEDGE:   Yes.

20         PRESIDING COMMISSIONER SHELTON:   All

21   righty.  Mr. Marroquin, please raise your right

22   hand.  Do you solemnly swear or affirm that the

23   testimony you give at this hearing will be the

24   truth, the whole truth, and nothing but the

25   truth?

26         INMATE MARROQUIN THROUGH THE INTERPRETER:

27   That is correct.

8

1          PRESIDING COMMISSIONER SHELTON:    Thank

2    you, sir.  All right.  We're moving into the

3    next phase of this hearing where we'll be

4    discussing your commitment offense.  We'll talk

5    about your prior record and we'll talk about

6    your social history.  So I am going to enter

7    into the record a summary of the offense as

8    taken from the - actually, it's taken from the

9    November 2nd Board Report but has been carried

10   forward to the current review period of November

11   2005.

12          "Viewed in accordance with the usual

13          rules on appeal, the evidence established

14          that in August of 1991, the victim Luis

15          Silva, and his girlfriend agreed to buy a

16          car from Marroquin.  Silva drove the car

17          for several days, and after discovering

18          that it had a lot of defects, he returned

19          the car to Marroquin.  He did not want

20          the car back, and told Silva that he

21          wanted one thousand dollars for the days

22          the car was used.  Silva replied that if

23          he had the money, he would pay him for

24          the car.  Marroquin told Silva that he

25          would regret what he had done to him.  On

26          January 13th, 1992, in the city of

27          Compton, Los Angeles County Sheriff's

1 Department deputies were flagged down by

2 two men.  They reported that an

3 individual, later identified as

4 Marroquin, had been shooting a gun.  Two

5 men, who also witnessed the incident,

6 directed LASO deputies to where Marroquin

7 was.  He was observed to be standing in

8 front of a Toyota truck holding the hood

9 open with a gun in his left hand.  He was

10 ordered to drop the gun.  Marroquin threw

11 the gun into a vacant lot.  In the

12 process of placing Marroquin in the

13 patrol car, other witnesses approached

14 the LASO deputies stating that someone

15 had been shot in the front of Villa

16 Bajavita Bar.  Bajavita spelled B-A-J-A-

17 V-I-T-A.  LASO deputies observed the

18 victim, a male, later identified as Luis

19 Silva, lying on his back.  Upon closer

20 observation, there appeared a gunshot

21 wound to the victim's left bicep.  The

22 victim was bleeding slightly, and his

23 jacket was stained with blood.  The

24 victim was then transported to Long Beach

25 Memorial Hospital where he was pronounced

26 dead on 1/14/92 at approximately 7:22

27 a.m.  Cause of death was listed as

1        internal hemorrhage.  A witness who was

2        selling hotdogs from a stand outside the

3        bar heard Marroquin swearing at Silva and

4        saying that he wanted to kill him.  The

5        witness did not see them fighting prior

6        to Marroquin pulling out the gun.  Also

7        the witness saw no menacing gestures on

8        the part of Silva, nor did she see

9        anything in Silva's hand.  The witness

10       did not see or hear Silva break a bottle

11       or use a bottle in a jabbing motion."

12  Mr. Marroquin, would you like to tell us about

13  that day?

14       INMATE MARROQUIN THROUGH THE INTERPRETER:

15  Correct.

16       PRESIDING COMMISSIONER SHELTON:  Go

17  ahead, sir.

18       INMATE MARROQUIN THROUGH THE INTERPRETER:

19  First of all in this case, I offer my apologies

20  sincerely as - as far as everything that

21  happened.  This problem, I take it as an

22  accident, because if I wanted to or if my

23  intentions were others, so much time would have

24  not lapsed.  I had forgotten about that.  But

25  what happens and I - I -

26       PRESIDING COMMISSIONER SHELTON:  Eye-yie-

27  yie.  Take your time.  Translation's difficult.

11

1          THE INTERPRETER:  I'm so sorry.  The

2   interpreter does not have a translation for the

3   word "maldigo," which is spelled M-A-L-D-I-G-O,

4   from the prisoner.  She can give an explanation

5   of the word she is familiar with:  "I hate the

6   moment, I —" oh, gosh.  Instead of "blessing,"

7   the opposite of a blessing.  It's a —

8          DEPUTY COMMISSIONER KEENAN:  Curse?

9          THE INTERPRETER:  "I curse the moment."

10  Thank you.

11          INMATE MARROQUIN THROUGH THE INTERPRETER:

12  I automatically, that incident, I found myself

13  in an opportune moment, or I went to that place,

14  that bar, and unfortunately, we bumped into each

15  other there, and it's impossible — not I

16  remember, but it's impossible that I was — if I

17  was aware if he was there first or if I was

18  there first, but this situation brought a lot of

19  harm to me, and there is no excuse that is worth

20  to take the life of another, just like I offer a

21  lot of apologies that I have harmed that family,

22  and also my family.  But in this act, it was

23  something where I was the hurt one, and I want

24  to ask for permission and at the same time

25  apologize to all the members of the panel here,

26  but what happened to me, it could happen to

27  anyone.  I was kidnapped — I was kidnapped, I

12

1    was robbed, and it came to the point of death,

2    and it's something that at the time I felt not

3    only at the time but I keep feeling not only of

4    a coward situ – cowardly situation, but it never

5    crossed my mind, ever, that it would arrive to

6    that point because I have sincerely felt since

7    that moment very bad, and I really feel bad, and

8    I automatically cannot assimilate all of this

9    that happen.  I ad – I admit to my guilt one

10   hundred percent, and I really need an

11   explanation because you can't see the coin only

12   on one side.

13        PRESIDING COMMISSIONER SHELTON:   All

14   right.  Mr. Marroquin, we need to ask you a

15   couple of questions.  You're telling us how you

16   feel, which is fine.  I'm still confused about

17   what happened that day.  You mentioned that you

18   were kidnapped.  How?

19        INMATE MARROQUIN THROUGH THE INTERPRETER:

20   Exactly.

21        PRESIDING COMMISSIONER SHELTON:   How?

22        INMATE MARROQUIN THROUGH THE INTERPRETER:

23   I was sitting in a piece of furniture inside the

24   bar, and when I felt the pull from here, it was

25   two guys, and then they took me out.  Once I was

26   outside, I was attacked.  I was – I was able to,

27   I did whatever means possible to prevent to be

13

1　battered.  If I would have had a better defense,

2　if I would have found the weapon that he had in

3　his power, that is was something like — like a

4　knife, and during that movement, they stole

5　everything.  I would run this way, they would

6　follow me; I would run this way, and they follow

7　me, until finally they — they walked away, and

8　then I went — I went to the car.  When — once I

9　got to the car, it was a surprise — such a

10　surprise that those walkways that are behind the

11　homes, I am in front of my car when I see — when

12　I see the car come out again, and — and they get

13　off one — on one side of the car and the — the

14　other one on the other side of the car wanted to

15　attack me, and I cursed the moment when I was

16　already armed, and even that's — in that case I

17　still told them, "Please, I don't want any

18　problems."  I would walk, and they would follow

19　me.  How can it be possible if I'm walking on

20　the sidewalk and them inside the car driving at

21　my pace, if I wanted to, I would've shot them

22　there, but no, my intentions were none, nothing

23　was going through my mind.  What, yes, yes, with

24　true sincerity is that I felt not sure or

25　secure, but I did feel somewhat prepared, but as

26　I was getting there, because it was — because it

27　was two or three times that I was walking

14

1    towards the bar and they were going along with

2    me, and I would come back, and they would put

3    the car in reverse again, and I wanted to see, I

4    wanted to someone who can help me at that

5    moment, and I cursed the day when I see - when I

6    see people outside the bar, in front of the bar,

7    and I said, "I see people, nothing's going to

8    happen." When they noticed that I'm getting

9    closer to the bar, they make a U-turn and they

10   park the car on the other side. When I see the

11   victim, when it starts running, with a bottle in

12   his hand, and on the edge of the sidewalk, he

13   breaks it, and he goes - lunges at me, and - and

14   true - excuse me - truly am sincere, I didn't

15   remember about the gun at that moment. I was

16   attacked two or three times with the bottle, and

17   I didn't remember about the gun, because I felt

18   he was going to kill me, and finally it

19   happened. I feel very bad.

20        PRESIDING COMMISSIONER SHELTON: Senor,

21   you mentioned that they stole all of your

22   things. What did they steal?

23        INMATE MARROQUIN THROUGH THE INTERPRETER:

24   My watch, a chain, they stole my money, and

25   prior to that, showed up there at the police.

26   How did it appear? Well, because the police

27   confiscated it.

15

1    PRESIDING COMMISSIONER SHELTON:  From you

2  or from the victim?

3    INMATE MARROQUIN THROUGH THE INTERPRETER:

4  No, there at the police, they confiscated that

5  that belonged to me, what they had stole from

6  me.

7    PRESIDING COMMISSIONER SHELTON:  Okay.  I

8  understand.  Mr. Marroquin, how much did you

9  have to drink that day?

10    INMATE MARROQUIN THROUGH THE INTERPRETER:

11  Automatically, yes, I had drunk some — drank,

12  excuse me - some beers.

13    PRESIDING COMMISSIONER SHELTON:  How

14  many?

15    INMATE MARROQUIN THROUGH THE INTERPRETER:

16  I can't calculate, but a few.

17    PRESIDING COMMISSIONER SHELTON:  How

18  often do you drink?

19    INMATE MARROQUIN THROUGH THE INTERPRETER:

20  Back then I would drink my beers once in a

21  while.

22    PRESIDING COMMISSIONER SHELTON:  Every

23  day?

24    INMATE MARROQUIN THROUGH THE INTERPRETER:

25  No, no.  Sometimes on the weekends.  It was like

26  a — a habit, a stupid habit, and I apologize for

27  that, the word.

16

1       PRESIDING COMMISSIONER SHELTON:  Did you

2  - do you think you had an alcohol problem back

3  then?

4       INMATE MARROQUIN THROUGH THE INTERPRETER:

5  Correct.

6       PRESIDING COMMISSIONER SHELTON:  So when

7  you drank on the weekends, did you always when

8  you drank?

9       INMATE MARROQUIN THROUGH THE INTERPRETER:

10  Not exactly - not exactly would I get drunk, but

11  yes, yes, - well, I would be happy, yes.

12       PRESIDING COMMISSIONER SHELTON:  Why did

13  you have a gun?

14       INMATE MARROQUIN THROUGH THE INTERPRETER:

15  Automatically, there is no excuse that is worth

16  it, but - forgive me, not that I'm evading your

17  question, but I'm going to start from a point, a

18  confusing point.  When I was in - in trial, in

19  court, the DAs, they were accusing me that why

20  had I obtained the revolver seven days prior to

21  the crime, and that was incorrect, because

22  Sacramento had re - registered it to me seven

23  years before because of my record, and that -

24  and that is something I'm not able to

25  understand, why are they accusing of something

26  that they shouldn't, because the judge brought

27  it to their attention, to the district

17

1   attorneys, about it, because they knew exactly

2   that revolver was found, speaking vulgarly, it

3   wasn't hot, it wasn't a hot one, it was a

4   registered weapon.

5        PRESIDING COMMISSIONER SHELTON:   And let

6   me ask you, sir, why did you get a weapon seven

7   years before?

8        INMATE MARROQUIN THROUGH THE INTERPRETER:

9   In this case - well, to start off with, the area

10  when I lived at and it was something that you

11  would keep inside your home secured, and I'm

12  sorry, not that I'm going to judge you, but I

13  can use a very good word here and apply it, but

14  above the 90 percent of all Americans, North

15  Americans, they have a weapon in their home, and

16  what makes me think about that, because in the

17  court where I was at, the judge did ask a

18  hundred people that were present, "Who has a

19  weapon in their home?"  They all raised their

20  hand.

21       PRESIDING COMMISSIONER SHELTON:   Mr.

22  Marroquin, that day of that offense your weapon

23  wasn't in your home.

24       INMATE MARROQUIN THROUGH THE INTERPRETER:

25  Correct.  I - I would - had the custom to go to

26  over by Pomona to - to the shooting range, and

27  that's the motive for which I had in my

18

1   possession that weapon, that cursed weapon.

2        PRESIDING COMMISSIONER SHELTON:   So you

3   had already been to the shooting range, or you

4   were going to the shooting range?

5        INMATE MARROQUIN THROUGH THE INTERPRETER:

6   No, we had already gone.

7        PRESIDING COMMISSIONER SHELTON:   All

8   right.  Did you want to ask any questions about

9   the offense at this moment, or do you feel like

10  —

11       DEPUTY COMMISSIONER KEENAN:   Nothing,

12  thank you.

13       PRESIDING COMMISSIONER SHELTON:   All

14  right.  Let's — let's con — do you have anything

15  else you want to add with regards to this before

16  we move on?

17       INMATE MARROQUIN THROUGH THE INTERPRETER:

18  Well, you have the opinion and you have the say.

19       PRESIDING COMMISSIONER SHELTON:   That may

20  be true, but this is your opportunity to — to

21  talk as well, sir.  I don't have any opinion at

22  the current time, I'm listening to you.

23       INMATE MARROQUIN THROUGH THE INTERPRETER:

24  That's fine.  In this case, as — as I was

25  already judge, I'm being judge again — or tried,

26  I'm being tried again.  As I was already tried

27  twice, one in the courts and another one three

19

1   years ago.

2           PRESIDING COMMISSIONER SHELTON:   Mr.

3   Marroquin, I'm going to interrupt.  You're not

4   on trial here today, sir.  We're trying to

5   decide whether you have the ability to be

6   successful on parole, and we talk about this

7   offense because that's what got you in here –

8           INMATE MARROQUIN THROUGH THE INTERPRETER:

9   Okay.

10          PRESIDING COMMISSIONER SHELTON:   – and

11  that's a foundation for us moving forward, to

12  see what you have done with your life since

13  you've been here and if you have prepared

14  yourself for release.

15          INMATE MARROQUIN THROUGH THE INTERPRETER:

16  Okay.  In this case, being that this saying has

17  been – has changed now, I have a new knowledge

18  regarding this new life that I now have, I have

19  obtained a vocation of which I like so that I

20  can evolve in my future if I were to be released

21  tomorrow.

22          PRESIDING COMMISSIONER SHELTON:   Okay.

23  We are going to move in that direction now, so

24  we're going to move forward.  I think you

25  understand what we're talking about, I hope you

26  do, so we've talked about what got you in here,

27  we're going to talk about your prior record, and

1   according to this, sir, you have no prior

2   record.

3        INMATE MARROQUIN THROUGH THE INTERPRETER:

4   Correct.

5        PRESIDING COMMISSIONER SHELTON:   You

6   never got in trouble as a youth.

7        INMATE MARROQUIN THROUGH THE INTERPRETER:

8   Never.  Never gotten into any problems.  I been

9   - I been accused of it, they were - they -

10        PRESIDING COMMISSIONER SHELTON:   Okay.

11        INMATE MARROQUIN THROUGH THE INTERPRETER:

12   - got confused.

13        PRESIDING COMMISSIONER SHELTON:   Yeah,

14   there's nothing on your recording according to

15   this.  So that's good.

16        INMATE MARROQUIN THROUGH THE INTERPRETER:

17   I've never done anything.

18        PRESIDING COMMISSIONER SHELTON:   Now

19   let's talk about your growing-up time, and I'm

20   going to read what's here, and I want you to

21   help me out, tell me if it's true or not.  You

22   were -

23        INMATE MARROQUIN THROUGH THE INTERPRETER:

24   That's fine.

25        PRESIDING COMMISSIONER SHELTON:   You were

26   born July 30th, 1956, in Guatemala.

27        INMATE MARROQUIN THROUGH THE INTERPRETER:

1    Correct.

2         PRESIDING COMMISSIONER SHELTON:   And it

3    says here that you didn't cooperate well to tell

4    much about your social history.  I understand

5    you have two sisters and three brothers?

6         INMATE MARROQUIN THROUGH THE INTERPRETER:

7    Correct.

8         PRESIDING COMMISSIONER SHELTON:   And some

9    of your brothers and sisters are still in

10   Guatemala, and some are in Los Angeles.

11        INMATE MARROQUIN THROUGH THE INTERPRETER:

12   Correct.  I want to ask a question.

13        PRESIDING COMMISSIONER SHELTON:

14   Certainly.

15        INMATE MARROQUIN THROUGH THE INTERPRETER:

16   What was it that you said, I didn't understand?

17        PRESIDING COMMISSIONER SHELTON:   Did

18   somebody talk to you about your social history

19   before?

20        INMATE MARROQUIN THROUGH THE INTERPRETER:

21   In reception, yes.

22        PRESIDING COMMISSIONER SHELTON:   Okay.

23   Did you tell them all about yourself, or did you

24   didn't want to talk?

25        INMATE MARROQUIN THROUGH THE INTERPRETER:

26   No, I explained to the counsel – counselor.  He

27   asked about my family, and I told him

1    everything.

2          PRESIDING COMMISSIONER SHELTON:    Okay.

3    Well, we're going to have you tell us.    So how

4    old were you when you came over from Guatemala?

5          INMATE MARROQUIN THROUGH THE INTERPRETER:

6    I was very young.

7          PRESIDING COMMISSIONER SHELTON:    Did your

8    whole family - well, obvious - your parents came

9    over?

10          INMATE MARROQUIN THROUGH THE INTERPRETER:

11    No.

12          PRESIDING COMMISSIONER SHELTON:    So how

13    did you get to the United States?

14          INMATE MARROQUIN THROUGH THE INTERPRETER:

15    Just like a hundred percent of all people in the

16    United States, they come as immigrants.

17          PRESIDING COMMISSIONER SHELTON:    No.    But

18    I mean how did you get here?    Who did you come

19    with, and how old were you?

20          INMATE MARROQUIN THROUGH THE INTERPRETER:

21    All by myself.    On my own.

22          PRESIDING COMMISSIONER SHELTON:    How old

23    were you?

24          INMATE MARROQUIN THROUGH THE INTERPRETER:

25    I was very young.    I was like 18 years old.

26          PRESIDING COMMISSIONER SHELTON:    Okay.

27    Why did you want to come here?

23

1         INMATE MARROQUIN THROUGH THE INTERPRETER:

2    Unfortunately, to - to be better, to better

3    myself.

4         PRESIDING COMMISSIONER SHELTON:    Start a

5    new life?

6         INMATE MARROQUIN THROUGH THE INTERPRETER:

7    Exactly.

8         PRESIDING COMMISSIONER SHELTON:    Sir, do

9    you have any contact with your parents or your

10   brothers or sisters?

11        INMATE MARROQUIN THROUGH THE INTERPRETER:

12   Yes, and I thank God that I do have the support

13   of my family.   Unfortunately, they already

14   passed away.

15        PRESIDING COMMISSIONER SHELTON:    Your

16   parents passed away?  I'm sorry, sir.   Do you

17   have - who - is there - do you still have

18   brothers or sisters that live in Los Angeles?

19        INMATE MARROQUIN THROUGH THE INTERPRETER:

20   Yes.

21        PRESIDING COMMISSIONER SHELTON:    As well

22   as in Guatemala?

23        INMATE MARROQUIN THROUGH THE INTERPRETER:

24   Correct.

25        PRESIDING COMMISSIONER SHELTON:    Does

26   anybody come see you here?

27        INMATE MARROQUIN THROUGH THE INTERPRETER:

24

1   My wife and my children.

2        PRESIDING COMMISSIONER SHELTON:   All

3   right.   Let's talk about your wife and your

4   children.   How did you meet your wife?

5        INMATE MARROQUIN THROUGH THE INTERPRETER:

6   In school.

7        PRESIDING COMMISSIONER SHELTON:  Inside

8   the institution or before you came?

9        INMATE MARROQUIN THROUGH THE INTERPRETER:

10  Excuse me?

11       PRESIDING COMMISSIONER SHELTON:   Inside

12  the institution or before you came here?

13       INMATE MARROQUIN THROUGH THE INTERPRETER:

14  Oh, no, I've been married since I been 18.

15       PRESIDING COMMISSIONER SHELTON:  Very

16  good.

17       INMATE MARROQUIN THROUGH THE INTERPRETER:

18  Thank you.

19       PRESIDING COMMISSIONER SHELTON:  And you

20  are still married?

21       INMATE MARROQUIN THROUGH THE INTERPRETER:

22  Correct.   That is correct.

23       PRESIDING COMMISSIONER SHELTON:  Where

24  does your wife live?

25       INMATE MARROQUIN THROUGH THE INTERPRETER:

26  In Los Angeles.

27       PRESIDING COMMISSIONER SHELTON:  Okay.

25

1  How many children do you have?

2       INMATE MARROQUIN THROUGH THE INTERPRETER:

3  Three.

4       PRESIDING COMMISSIONER SHELTON:  How old

5  are they?

6       INMATE MARROQUIN THROUGH THE INTERPRETER:

7  The oldest is like 29, and the youngest is like

8  19.

9       PRESIDING COMMISSIONER SHELTON:  And do

10  you see them or - or talk to them?

11       INMATE MARROQUIN THROUGH THE INTERPRETER:

12  Correct.  I speak to them.

13       PRESIDING COMMISSIONER SHELTON:  And they

14  come visit you?

15       INMATE MARROQUIN THROUGH THE INTERPRETER:

16  Yes, they do come and see me, but I speak with

17  them more on the phone.  That's what I admire of

18  the United States, everybody's always busy,

19  keeps busy.

20       PRESIDING COMMISSIONER SHELTON:  Is there

21  anything else you would like to add for the

22  record, sir?

23       INMATE MARROQUIN THROUGH THE INTERPRETER:

24  Like what else can I add about my family?

25       PRESIDING COMMISSIONER SHELTON:  Anything

26  you would like.

27       INMATE MARROQUIN THROUGH THE INTERPRETER:

26

1   Very well.  My desire is to be with my family.

2   I know I have an INS hold.  I know I'll be

3   deported to Guatemala.  I had the opportunity to

4   prepare myself here in prison.  I have spoken to

5   my family regarding that, and my wife, she's

6   willing to go with me over there, and my

7   children remain here.

8         PRESIDING COMMISSIONER SHELTON:  All

9   right, sir, we're going to talk about your

10  parole plans shortly, so hold that thought

11  because we're going to – I want to cover all of

12  that in just a few minutes.  What we're going to

13  do now is we're going to turn to Commissioner

14  Keenan, and he's going to talk to you about

15  post-conviction factors, which means what you've

16  been doing, as you said, to prepare yourself in

17  the institution.  Commissioner?

18        DEPUTY COMMISSIONER KEENAN:  All right.

19  Mr. Marroquin, I see you a have a placement

20  score of 19.  There was a classification score

21  of zero going back as far as February of '01.

22  Your last hearing was on 11/21/02 and we

23  recommended that you remain disciplinary free,

24  and you have done that.  We recommended that you

25  upgrade vocationally, and I'll talk to you about

26  that more in just a minute, and that you

27  participate in self-help and available therapy,

27

1 and looking at your C-File, I see that you have

2 no 115s, you have two 128a's, the last one was

3 on 6/17/93. Since your last hearing you have

4 participated in AA, you are involved in Adult

5 Basic Education. Are you still in Adult Basic

6 Education?

7     INMATE MARROQUIN THROUGH THE INTERPRETER:

8 Yes.

9     DEPUTY COMMISSIONER KEENAN: Okay. Your

10 last TABE score was 3.8, that was the total, a

11 grade of 3.8, and that was on 12/29/05, and

12 there was a chrono in the C-File for that. I

13 did see that on earlier tests you scored higher.

14 Prior to your last hearing –

15     THE INTERPRETER: Yes, was the response –

16     DEPUTY COMMISSIONER KEENAN: Okay.

17     THE INTERPRETER: – to the comment.

18     DEPUTY COMMISSIONER KEENAN: Prior to

19 your last hearing I do see that you completed a

20 course in the Cause, Prevention, Treatment and

21 Management of HIV, AIDS, Tuberculosis and

22 Hepatitis, and you have participated in AA, NA,

23 since '95, you've worked in the Yard Crew.

24 Let's see. I saw in the current psychological

25 evaluation, that I'll get to shortly, that you

26 participated in individual counseling at some

27 point with a Dr. Reed, I think it was.

1    INMATE MARROQUIN THROUGH THE INTERPRETER:
2    Yes.
3    DEPUTY COMMISSIONER KEENAN:  Okay.  And
4    I'll read a little something about that when I
5    get to the psychological evaluation.
6    INMATE MARROQUIN THROUGH THE INTERPRETER:
7    Correct.
8    DEPUTY COMMISSIONER KEENAN:  And you have
9    completed a course that you took, a
10   correspondence course, you talked about this at
11   your last hearing, and I think you were still
12   working on it during your last hearing, it was
13   the diesel mechanics, and I have a certificate
14   here for Thompson Education Direct, a diploma,
15   awarded - awarded to Marco Marroquin Webster -
16   Wester?
17   INMATE MARROQUIN THROUGH THE INTERPRETER:
18   That is correct.
19   DEPUTY COMMISSIONER KEENAN:  In
20   recognition of the successful completion of the
21   program, Diesel Mechanics.  That was in August
22   of '04, it was run by Connie Dempsy, director of
23   education.  Okay.
24   INMATE MARROQUIN THROUGH THE INTERPRETER:
25   Correct.
26   DEPUTY COMMISSIONER KEENAN:  And also I
27   saw in the psychological evaluation that's what

1   you plan to do, you want to work in diesel

2   mechanics in Guatemala.

3          INMATE MARROQUIN THROUGH THE INTERPRETER:

4   Correct.

5          DEPUTY COMMISSIONER KEENAN:   All right.

6   Have I missed anything yet, or does that all

7   sound accurate so far?

8          INMATE MARROQUIN THROUGH THE INTERPRETER:

9   Everything seems to be accurate.   Thank you.

10         DEPUTY COMMISSIONER KEENAN:   Is there any

11  self-help or therapy that you participated in

12  that I haven't commented on?

13         INMATE MARROQUIN THROUGH THE INTERPRETER:

14  No, everything's fine.   If I can include

15  something?

16         DEPUTY COMMISSIONER KEENAN:   Sure.

17         THE INTERPRETER:   [To Inmate Marroquin]

18  criminal?

19         DEPUTY COMMISSIONER KEENAN:   Criminon?

20         INMATE MARROQUIN THROUGH THE INTERPRETER:

21  I took a course in Criminon.

22         DEPUTY COMMISSIONER KEENAN:   I didn't

23  notice that in the - in the file.

24         INMATE MARROQUIN THROUGH THE INTERPRETER:

25  Yes, that's something that I wanted to mention.

26  I don't know what's going on, but I did it

27  around a year ago, and they haven't corresponded

30

1    with the certificate or anything.

2         DEPUTY COMMISSIONER KEENAN:   Okay.

3              (Off the record)

4         DEPUTY COMMISSIONER KEENAN:   Back on

5    record, Side 2.  Okay.  You - you were saying

6    that you weren't - participated in and completed

7    the Criminon program, was it?

8         INMATE MARROQUIN THROUGH THE INTERPRETER:

9    Correct.

10        DEPUTY COMMISSIONER KEENAN:   In '05 you

11   believe it was?

12        INMATE MARROQUIN THROUGH THE INTERPRETER:

13   Yes.

14        DEPUTY COMMISSIONER KEENAN:   Okay.  And

15   you were giving me an explanation before we got

16   cut off by the tape, something about why you

17   don't have a certificate or -

18        INMATE MARROQUIN THROUGH THE INTERPRETER:

19   Yes, I did that course and I learned a lot

20   because it has a very good orientation, and then

21   my instructor just stopped writing to me.  I've

22   sent her like three letters already, and there

23   hasn't been any response to them.  I know you

24   would be more informed regarding this, that the

25   name is Criminon.

26        DEPUTY COMMISSIONER KEENAN:   And - huh.

27   Have you gone through your Central File?

1    INMATE MARROQUIN THROUGH THE INTERPRETER:

2    Yes.

3    DEPUTY COMMISSIONER KEENAN:    You didn't

4    find it in there?

5    INMATE MARROQUIN THROUGH THE INTERPRETER:

6    No, it would be a bit difficult to find it there

7    because it would have to come to me, and then I

8    would have to give it to the counselor.

9    DEPUTY COMMISSIONER KEENAN:    Okay.    And –

10    all right.    Well, do you want to just state for

11    the record what the course is, how long it was,

12    and what you got out of it?

13    INMATE MARROQUIN THROUGH THE INTERPRETER:

14    What I got out of that course was – was very

15    important.    It speaks about how to take control

16    over one's self, how to appreciate nature, all

17    of it, and how to better yourself

18    psychologically, including to that, I had some –

19    THE INTERPRETER:    I need an explanation

20    from the prisoner.    [Speaks in Spanish to Inmate

21    Marroquin.]

22    INMATE MARROQUIN THROUGH THE INTERPRETER:

23    I had some appointments, thanks to Dr. Greer, or

24    something, Deere?

25    PRESIDING COMMISSIONER SHELTON:    Oh, Dr.

26    Reed?

27    INMATE MARROQUIN THROUGH THE INTERPRETER:

32

1    Yes, thank you.  And he was going with me, a few

2    appointments that I had, and he would conversate

3    with me, and that helped me out a lot.

4              DEPUTY COMMISSIONER KEENAN:  Okay.  How

5    long was the program?

6              INMATE MARROQUIN THROUGH THE INTERPRETER:

7    More or less, a little bit more than year.

8              DEPUTY COMMISSIONER KEENAN:  More than a

9    year?

10             INMATE MARROQUIN THROUGH THE INTERPRETER:

11   Yes.

12             DEPUTY COMMISSIONER KEENAN:  Okay.  Well,

13   it would be helpful if you could get a hole of

14   some - something from the program.

15             INMATE MARROQUIN THROUGH THE INTERPRETER:

16   Thank you.

17             DEPUTY COMMISSIONER KEENAN:  Something

18   from your instructors.

19             INMATE MARROQUIN THROUGH THE INTERPRETER:

20   Thank you.

21             DEPUTY COMMISSIONER KEENAN:  All right.

22   Are there any other self-help or therapy

23   programs that I've missed here, something that

24   you participated in that wasn't commented on

25   already?

26             INMATE MARROQUIN THROUGH THE INTERPRETER:

27   No, everything's correct.  The only problem is,

33

1  and not giving fault to anybody or blaming

2  anybody, but I have tried quite a bit to attend

3  other programs, but there are many people

4  waiting for these courses, and the only thing

5  that I have attended to and with great risk that

6  if you don't attend constantly or regularly to

7  it, is Alcoholics Anonymous, and that program,

8  if you don't pay attention to or give its

9  attention to go to the appointments, they just –

10  they take you out of the program immediately.

11        DEPUTY COMMISSIONER KEENAN:  I see that

12  you were the chairman of the program at one

13  point.

14        INMATE MARROQUIN THROUGH THE INTERPRETER:

15  Yes, in another prison.  Where I was previously,

16  I was the leader.  I was the chair of the

17  sessions, and my insistence in this is the

18  steps.  The most efficient and the effort that

19  you should take to them is to be constant in a

20  group of Alcoholics Anonymous.  It's now about

21  now I have this chrono and that's it, no.  My

22  mentality is that once I'm out, I will keep

23  going to Alcoholics Anonymous for the rest of my

24  life, because there is no other way how to

25  better something, not only something that you

26  want or desire, but to be tentative [sic] to it.

27  I have this knowledge of which has been very

34

1   useful.  That's – and if I was asked about this

2   years back, and I dare to speak with everyone's

3   permission here, if I were to ask all of you

4   here, including the officers, if they are

5   alcoholics and that if they don't have a

6   knowledge of it, they are automatically

7   mistaken.  All person who drinks one beer, one

8   drink of a beer, is an alcoholic, and that is

9   something very important of which I didn't know,

10  to accept that I was an alcoholic.  My mentality

11  was, "No, I'm not an alcoholic, I know how to

12  drink."  I was very mistaken.

13       DEPUTY COMMISSIONER KEENAN:  Okay.

14       INMATE MARROQUIN:  [Still speaking in

15  Spanish.]

16       THE INTERPRETER:  Wait.  Excuse me.

17  These are key questions that the doctors, the

18  psychiatrists, psychologist, and medical

19  doctors, they have asked me, "Mr. Marroquin, are

20  you an alcoholic?"  Yes.  I believe it's written

21  down there.

22       DEPUTY COMMISSIONER KEENAN:  Okay.  And

23  vocationally, you've done the Diesel Mechanic

24  course.  Have you picked up another work or

25  vocational skills while in the institution?

26       INMATE MARROQUIN THROUGH THE INTERPRETER:

27  No.  I focus myself precisely in that vocation

1    of which I like a lot.

2            DEPUTY COMMISSIONER KEENAN:  Okay.

3            INMATE MARROQUIN THROUGH THE INTERPRETER:

4    Of which I will support myself off of it.

5            DEPUTY COMMISSIONER KEENAN:  Now I saw

6    the certificate, but I don't see any other

7    surrounding paperwork that tells me anything

8    about how long the course was, how intensive.

9    How long was this course?

10            INMATE MARROQUIN THROUGH THE INTERPRETER:

11    Yes, it took a while, approximately close to two

12    years.

13            DEPUTY COMMISSIONER KEENAN:  And how

14    would it work?  They would send you reading

15    material every month, or every week, and you

16    would have to take tests on it, or - or - how

17    did that work?

18            INMATE MARROQUIN THROUGH THE INTERPRETER:

19    Yes, there was a package that that company sends

20    you, of which I want to emphasize, it's not a

21    state one, it's a paid one, private, in which my

22    family paid for.  Thanks to them, I was able to

23    get it, and they send you everything here so

24    that you can execute it.

25            DEPUTY COMMISSIONER KEENAN:  Okay.  And

26    ordinarily I would think, and - and I'm

27    certainly not a - an expert in diesel mechanics

36

1   or any kind of mechanics, but I would think that

2   a major portion of a course in mechanics would

3   be hands-on.

4           INMATE MARROQUIN THROUGH THE INTERPRETER:

5   I am completely agreeing with you.  A great part

6   of my life I worked.  I can say it in a way of

7   working on top of an engine.  My first

8   profession is I'm a driver in busses and - and

9   trucks.

10          DEPUTY COMMISSIONER KEENAN:  Okay.  All

11  right.  Do you have anything else from the - the

12  program you could show us?  Any kind of

13  documents from the program that would -

14          INMATE MARROQUIN THROUGH THE INTERPRETER:

15  No, not exactly here.  I have documents here

16  which you have.

17          DEPUTY COMMISSIONER KEENAN:  Okay.  Well,

18  the fact that it's all written and none of it is

19  hands-on, should that lead me to the conclusion

20  that your skills in this area are less than what

21  they need to be to get a job, or is there reason

22  for me think otherwise?

23          INMATE MARROQUIN THROUGH THE INTERPRETER:

24  No, they're something that helps me, because the

25  instructors from the University in Pennsylvania,

26  they congratulated me, and they asked me an

27  extra question, why is it that I knew so much if

37

1    I grew up there, and my grade was extremely

2    high.

3         DEPUTY COMMISSIONER KEENAN:  Okay.  And

4    was that class in Spanish or English?

5         INMATE MARROQUIN THROUGH THE INTERPRETER:

6    In English.

7         DEPUTY COMMISSIONER KEENAN:  Did you have

8    difficulty with it, because of the English?

9         INMATE MARROQUIN THROUGH THE INTERPRETER:

10   No.  I have a – I don't if you can call it a

11   problem or how you can call this, but I read

12   English very nicely, and my serious problem with

13   it is speaking it.

14        DEPUTY COMMISSIONER KEENAN:  Okay.  All

15   right.  And then moving to the psychological

16   evaluation prepared for this hearing by –

17        INMATE MARROQUIN THROUGH THE INTERPRETER:

18   Thank you.

19        DEPUTY COMMISSIONER KEENAN:  – by M.

20   Macober, M-A-C-O-M-B-E-R, Staff Psychologist,

21   dated 5/11/06, in assessing you, he goes over

22   various topics.  He notes initially that he

23   interviewed you with a Spanish translator, a

24   certified translator, he says.  Okay.  And notes

25   that your mental status is within normal limits,

26   judgment was intact, intact and self-awareness

27   were good.

1        "Inmate Marroquin has sought out and

2        obtained individual counseling with Dr.

3        Reed at CTF.  He has received several

4        hours of individual counseling dealing

5        with the commitment offense and other

6        related issues.  Dr. Reed indicated that

7        there were no mental or emotional

8        problems evidence in this case.  Inmate

9        Marroquin was under the influence of

10       alcohol at the time of the commitment

11       offense.  He's continued to attend

12       Alcoholics Anonymous over the years.

13       Although alcohol is readily available to

14       inmates in a prison setting, he has shown

15       self-control, maturity, and

16       responsibility by totally abstaining from

17       any use of alcohol during his 13 years of

18       incarceration.  Therefore, this is

19       certainly not a current problem in his

20       life."

21  And under "Current Diagnostic Impressions," he

22  notes Axis I, no contributory clinical disorder;

23  Axis II, no contributory personality disorder.

24  He says you have a GAF of 85, and I have

25  something from the DSM-IV that defines what that

26  means.  A GAF of 85, Global Assessment of

27  Functioning, an 85 falls within a range that is

1   described as absent, or minimal symptoms, good

2   functioning all areas, interested and involved

3   in a wide range of activities; socially

4   effective, generally satisfied with life, no

5   more than everyday problems or concerns.

6          INMATE MARROQUIN THROUGH THE INTERPRETER:

7   Thank you.

8          DEPUTY COMMISSIONER KEENAN:  And he talks

9   about a review of the life crime.  He says you

10  accept full responsibility for the commitment

11  offense, says the offense appears to be quite

12  situational; it's also related to the fact that

13  he had been drinking alcohol, resulting in the

14  use of poor judgment and release of inhibitions.

15  There's a section on – well, let me back up.  He

16  also notes that you indicate you were very sorry

17  that it happened, said that you did not intend

18  to kill the victim, that your feelings of sorrow

19  and remorse appear to be genuine.  Your

20  assessment of dangerousness, he notes that in

21  comparison to other inmates, the potential for

22  dangerous behavior is below average; that's

23  within the institution.  He says:

24          "In considering the potential for

25          dangerous behavior if released to the

26          community, the Level of Service Inventory

27          Revised was administered.  This is an

40

1          actuarial measure that assesses criminal
2          background, substance abuse history,
3          social relationships, academic and
4          vocational achievement, family
5          relationships, and other factors to
6          determine current risk level on parole.
7          He does not have a history of prior
8          arrests, his score places him at a 1.8
9          cumulative frequency for prison inmates.
10         This means that if 100 men were released
11         on parole, he would do better than 98 of
12         them.  This is a very low risk level.  As
13         a result, he poses no more risk to
14         society than the average citizen in the
15         community.  At this point in his life
16         there are no significant risk factors in
17         this case."  And in his final sentence he
18         says: "The prognosis for successful
19         adjustment in the community is very
20         good."
21    Is there anything you'd like to say about that
22    report?
23         INMATE MARROQUIN THROUGH THE INTERPRETER:
24    That's correct.
25         DEPUTY COMMISSIONER KEENAN:  Turn it back
26    to the chairperson.
27         PRESIDING COMMISSIONER SHELTON:  All

41

1   right.  Doing okay on time?

2         THE INTERPRETER:  I'm fine.  I really

3   don't know if my replacement is here or not.

4         PRESIDING COMMISSIONER SHELTON:  Okay.  I

5   think what we'll do is we'll - we'll discuss

6   parole plans, and then we'll take a recess so

7   that we can change translators.

8         INMATE MARROQUIN THROUGH THE INTERPRETER:

9   All right.

10         PRESIDING COMMISSIONER SHELTON:  Let's

11   talk about your parole plans, sir.  I have here

12   in the record that it says - as we discussed, we

13   kind of started discussing this already, you

14   would like to live with your wife, and it says

15   brother.  Does your - does your wife live with

16   your brother right now?

17         INMATE MARROQUIN THROUGH THE INTERPRETER:

18   Excuse me?

19         PRESIDING COMMISSIONER SHELTON:  Does

20   your - do - is it - is it your wife and her

21   brother, does she live with her brother or - it

22   says here, brother.

23         INMATE MARROQUIN THROUGH THE INTERPRETER:

24   No, that's mistaken.

25         PRESIDING COMMISSIONER SHELTON:  That's

26   wrong.  Okay.  Then I will note that.  Okay.  So

27   you would like to live with your wife, and her

42

1   name is Lily.

2        INMATE MARROQUIN THROUGH THE INTERPRETER:

3   Yes, correct.

4        PRESIDING COMMISSIONER SHELTON:   She

5   lives in Los Angeles, as you mentioned.

6        INMATE MARROQUIN THROUGH THE INTERPRETER:

7   Correct.

8        PRESIDING COMMISSIONER SHELTON:   Does

9   anybody else live with your wife right now?

10  Your children or -

11       INMATE MARROQUIN THROUGH THE INTERPRETER:

12  My children live with her, and they live with

13  her, vice-versa.

14       PRESIDING COMMISSIONER SHELTON:   How old

15  are they?

16       INMATE MARROQUIN THROUGH THE INTERPRETER:

17  The oldest is 29, more or less, and the youngest

18  is 19.

19       PRESIDING COMMISSIONER SHELTON:   And

20  those - they still live at home?

21       INMATE MARROQUIN THROUGH THE INTERPRETER:

22  Yes.  My children are lovely.

23       PRESIDING COMMISSIONER SHELTON:   They're

24  taking care of mom.

25       INMATE MARROQUIN THROUGH THE INTERPRETER:

26  Exactly, yes.

27       PRESIDING COMMISSIONER SHELTON:   Now we

43

1    talked about the fact that you have an INS hold,

2    so if you had to go back to Guatemala, where

3    would you live?

4            INMATE MARROQUIN THROUGH THE INTERPRETER:

5    I would automatically live in my home.

6            PRESIDING COMMISSIONER SHELTON:    And you

7    have a home in Guatemala?

8            INMATE MARROQUIN THROUGH THE INTERPRETER:

9    Exactly, yes.

10            PRESIDING COMMISSIONER SHELTON:    And

11    who's in that home right now?

12            INMATE MARROQUIN THROUGH THE INTERPRETER:

13    Part of my family is over there, and part of my

14    wife's family, and so they're taking care of

15    everything over there, because it's community

16    property.

17            PRESIDING COMMISSIONER SHELTON:    And you

18    think that since you received your diesel

19    mechanic certificate that you could find work in

20    Guatemala?

21            INMATE MARROQUIN THROUGH THE INTERPRETER:

22    Oh, yes, perfectly.  I did it with that purpose.

23            PRESIDING COMMISSIONER SHELTON:    What

24    about here?

25            INMATE MARROQUIN THROUGH THE INTERPRETER:

26    Excuse?

27            PRESIDING COMMISSIONER SHELTON:    If - if

44

1    you were to go live with your wife, do you have

2    any work lined up here?  Can you get a job as a

3    diesel mechanic in Los Angeles?

4              INMATE MARROQUIN THROUGH THE INTERPRETER:

5    No, I don't have anything planned for here,

6    don't have anything, absolutely anything.

7              PRESIDING COMMISSIONER SHELTON:   Now you

8    mentioned earlier, and I want to make sure it's

9    on the record, that if you went back to

10   Guatemala your wife plans to move with you?

11             INMATE MARROQUIN THROUGH THE INTERPRETER:

12   Correct.

13             PRESIDING COMMISSIONER SHELTON:   And your

14   children would stay here and continue on as

15   they're doing?

16             INMATE MARROQUIN THROUGH THE INTERPRETER:

17   Correct.

18             PRESIDING COMMISSIONER SHELTON:   Okay.  I

19   have some letters here that I want to review.

20             INMATE MARROQUIN THROUGH THE INTERPRETER:

21   I hope that they are there.

22             PRESIDING COMMISSIONER SHELTON:   Some are

23   here.

24             INMATE MARROQUIN THROUGH THE INTERPRETER:

25   Thank you.

26             PRESIDING COMMISSIONER SHELTON:   A letter

27   from Lily, which, if I recall, is your wife.

1    This was dated May of 2006.

2          INMATE MARROQUIN THROUGH THE INTERPRETER:

3    Correct.

4          PRESIDING COMMISSIONER SHELTON:    She

5    would like to live in Guatemala City with you.

6    Your children are adults, and they would stay in

7    Los Angeles.  You would receive full support

8    from family, and she lists the address here

9    where you would live in Guatemala City, Sector

10   C-2, San Jose La Rosas.

11         INMATE MARROQUIN THROUGH THE INTERPRETER:

12   Correct.

13         PRESIDING COMMISSIONER SHELTON:    And you

14   were both born there, in Guatemala City?

15         INMATE MARROQUIN THROUGH THE INTERPRETER:

16   Yes.

17         PRESIDING COMMISSIONER SHELTON:    And your

18   family is there for support.  This is a letter

19   from your three children: Emerald, 18; Joshua,

20   19; and Marco, 27.  "We are here to support him

21   100 percent.

22         INMATE MARROQUIN THROUGH THE INTERPRETER:

23   Thank you.

24         PRESIDING COMMISSIONER SHELTON:    "We will

25   travel frequently to visit you in Guatemala,"

26   and they're very supportive of your release,

27   sir.  Then we have a single letter from your

46

1   daughter.  She said she was 18 years old and

2   she's been left without you for almost 13 years.

3   She misses you, wants you to come home, and

4   obviously she loves you very much.

5        INMATE MARROQUIN:  Gracias.

6        PRESIDING COMMISSIONER SHELTON:  Here's a

7   letter from Joshua.  He says it's really been

8   hard as a man growing up with no father.  He

9   would like for you to have one more chance.  And

10  this is your - this is your oldest son.  I know

11  this is hard, but you know, I'm really impressed

12  how much your children and your wife love you.

13  So that's a good thing.

14       INMATE MARROQUIN THROUGH THE INTERPRETER:

15  Thank you very much, ma'am.

16       PRESIDING COMMISSIONER SHELTON:  It's a

17  good thing.  This is from your oldest son.  He's

18  the one that said he had to take over, stepping

19  into your role and being a dad in your absence

20  for his brother and sister, and he said he's

21  willing to support you in any way that you need.

22  And this is a duplicate letter from your - from

23  your wife, and a notarized letter from your

24  wife, indicating that you have 100 percent

25  family support.

26       INMATE MARROQUIN THROUGH THE INTERPRETER:

27  That is correct, ma'am.

47

1         PRESIDING COMMISSIONER SHELTON:  Did I

2    leave anything out on the letters?  Did - are

3    these all the letters that you were talking

4    about?

5         INMATE MARROQUIN THROUGH THE INTERPRETER:

6    Everything's correct.

7         PRESIDING COMMISSIONER SHELTON:  All

8    right.  Good.  One last thing we need to touch

9    on is that we send out what are called 3042

10   letters to agencies that are interested in your

11   situation, your case, and as you know, we have a

12   representative from the District Attorney's

13   Office in Los Angeles who will be allowed to

14   speak in a few minutes, and for the record, I

15   need to let you know that we received a letter

16   from the Los Angeles County Sheriff's

17   Department, and I need to read this to enter it

18   to the record.  They offer an opinion as well.

19   It says:

20        "During the early morning of January 13th,

21         1992, inmate Marco Marroquin and Louis

22         Silva were at a bar in the incorporated

23         area of Compton.  The two got into an

24         argument in which Marroquin became angry

25         at perceived insults against his family.

26         As the argument became more heated,

27         Silvia - Silva threatened to kick

48

1   Marroquin's ass.  Marroquin left the bar

2   and retrieved a .38 caliber pistol which

3   he kept hidden in the engine compartment

4   of his vehicle.  He returned to the bar

5   and approached Silva as he came out.

6   Marroquin pulled the pistol from his back

7   pocket, leveled it at Silva – Silva, and

8   declared, "You son of a bitch."  He then

9   fired once, striking Silva in the

10  abdomen."  I think it was indicated he

11  was struck in his arm in the previous

12  report.  "A witness followed Marroquin

13  back to his truck and ordered Marroquin

14  to put down the gun and surrender to the

15  police.  Marroquin retorted, "Fuck you,

16  I'll shoot you too."  Marroquin was

17  arrested in the parking lot by responding

18  deputies.  Victim Silva was transported

19  to a area hospital where he died.  Based

20  on these facts, it is the opinion of this

21  department that parole of inmate

22  Marroquin is inappropriate and should be

23  denied."

24  For the record I would indicate that I think

25  some of the – some of this letter is a tad bit

26  inaccurate with a summary of the offense.  I

27  think we covered it previously, it had a little

1   more accuracy to it, and it's only fair to put

2   that in the record as well.  Before we move on,

3   and actually what we're going to do is take a

4   recess in a moment so we can check on our second

5   translator for you, sir.  Is there anything that

6   you would like to add with regards to your

7   parole plans?

8         INMATE MARROQUIN THROUGH THE INTERPRETER:

9   First of all, my plan is to get out of this

10  nightmare, and then be in my country working,

11  like I did start doing 30 years ago, because I

12  know that life in Latin America is strongly in

13  poverty, and for that reason is why I have this

14  small tool to be able to survive.  My intention

15  is, I'm old, and it's a bit difficult for them

16  to give me work, and for which that reason I

17  want to establish a mechanic shop and be able to

18  live my last days.  That is my plan, to go back

19  to my country and work on my - on my own, set up

20  a mechanics shop.  I - I can add a whole lot of

21  other things, but

22        PRESIDING COMMISSIONER SHELTON:  Okay.

23        INMATE MARROQUIN THROUGH THE INTERPRETER:

24  I thank you for this moment.

25        PRESIDING COMMISSIONER SHELTON:  I

26  understand.

27        INMATE MARROQUIN THROUGH THE INTERPRETER:

50

1    Thank you.

2        PRESIDING COMMISSIONER SHELTON:    Let's

3    recess, and we'll come back together as soon as

4    we make sure we have all the translation

5    assistance that we need.    The time is 12:55 p.m.

6                (Off the record)

7        DEPUTY COMMISSIONER KEENAN:    Back on

8    record.    All parties previously identified are

9    present.

10        PRESIDING COMMISSIONER SHELTON:    All

11    right.    Okay.    Mr. Marroquin, we are back on the

12    record, it is 10 after 1, and for the record, we

13    have the same translator as we had before, and

14    we will be maintaining her for services the rest

15    of this hearing.

16        INMATE MARROQUIN THROUGH THE INTERPRETER:

17    Okay.

18        PRESIDING COMMISSIONER SHELTON:    We are

19    now moving into the portion of the hearing where

20    we can ask you questions, and that means the

21    commissioner and I can ask you questions, the

22    deputy DA can ask you questions, as can your

23    counsel.

24        INMATE MARROQUIN THROUGH THE INTERPRETER:

25    Correct.

26        PRESIDING COMMISSIONER SHELTON:    All

27    right.    I want to see if I have any questions.

51

1    I probably do.  You know, I'm not familiar with

2    the Criminon program.  Could you tell me what

3    that's about?

4         INMATE MARROQUIN THROUGH THE INTERPRETER:

5    That program teaches you how to appreciate in

6    any angle that you see it how to manage

7    yourself, how to act, how you should appreciate

8    things, what animals meant to us, vegetation,

9    why a park is constructive, why mistreat it, why

10   cause harm to humanity, why cause harm to

11   animals, to the environment.

12        PRESIDING COMMISSIONER SHELTON:  What was

13   the -

14        INMATE MARROQUIN THROUGH THE INTERPRETER:

15   Everything referring to that.

16        PRESIDING COMMISSIONER SHELTON:  What was

17   the most important thing you learned?

18        INMATE MARROQUIN THROUGH THE INTERPRETER:

19   I can tell you what the most important.  The

20   most important - and it sounds a little bit

21   ridiculous, but everything.  Everything.

22        PRESIDING COMMISSIONER SHELTON:  It

23   sounds to me like you really liked it.  Your

24   eyes light up when you talk about this class.

25        INMATE MARROQUIN THROUGH THE INTERPRETER:

26   Yes.  I had a - an education not precisely

27   different to what was in that book, but I was

52

1  speaking completely like ignorant, how you

2  construct yourself and how to construct others,

3  and the easiest thing is obedience.  To

4  contradict another person is not something good.

5  I mean, if I were to tell you we get finished

6  today, I would dare to and if you allow me to

7  invite you because it's the studies of how to

8  manage the mind, and it's very important.

9      PRESIDING COMMISSIONER SHELTON:  Let me

10  ask you another question, sir.  What was the

11  most important you learned in your counseling

12  with Dr. Reed?

13      INMATE MARROQUIN THROUGH THE INTERPRETER:

14  When I had these small sessions with the doctor

15  and - and he counseled me as far as how to

16  manage myself and illuminating the way, asking

17  me questions from different angles, and the

18  thing you should appreciate is to be fine or

19  okay with your brain, and so many other things.

20      PRESIDING COMMISSIONER SHELTON:  Thank

21  you, sir.  I have no other questions at this

22  time.  Commissioner?

23      DEPUTY COMMISSIONER KEENAN:  I do have a

24  question.  I was looking at a past psychological

25  evaluation and it said that you completed a

26  Positive Parenting program.  Do you recall

27  anything about that?

53

1       INMATE MARROQUIN THROUGH THE INTERPRETER:

2  Yes, correct.

3       DEPUTY COMMISSIONER KEENAN:   You did Pos

4  - it's called Positive Parenting?

5       INMATE MARROQUIN THROUGH THE INTERPRETER:

6  Yes, that's the name of it, yes.

7       DEPUTY COMMISSIONER KEENAN:   Okay.  And -

8  I think that's it.

9       PRESIDING COMMISSIONER SHELTON:   Okay.

10  Mr. Pearson, do you have any questions?

11       DEPUTY DISTRICT ATTORNEY PEARSON:   Just a

12  couple questions.

13       PRESIDING COMMISSIONER SHELTON:   To me,

14  please.

15       DEPUTY DISTRICT ATTORNEY PEARSON:   Oh,

16  I'm sorry.  Yeah, you saw my eyes, didn't you?

17       PRESIDING COMMISSIONER SHELTON:   Yes, I

18  did.

19       DEPUTY DISTRICT ATTORNEY PEARSON:   I'd

20  like to ask the inmate, before he got in prison

21  what sort of work did he do on the outside?

22       INMATE MARROQUIN THROUGH THE INTERPRETER:

23  Correct.  I worked for many years in a - marmel

24  company?

25       THE INTERPRETER:  Marble.  Marble.

26       PRESIDING COMMISSIONER SHELTON:   Marble.

27       THE INTERPRETER:  Marble?