**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here
JUN 25 2008

07-6098 PJH (ac)
DOCS 9+10

Sent To: Warden: Ben Curry - (CTF)
Street, Apt. No.; or PO Box No. PO BOX 686
City, State, ZIP+4 Soledad, CA 93960

7006 0810 0000 9704 3882

PS Form 3800, June 2002     See Reverse for Instructions

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here  JUN 5 2008

OSC-DOCS 9+10

Sent To: State Attorney General's Office
Street, Apt. No.; or PO Box No. 455 Golden Gate Avenue, Suite 11000
City, State, ZIP+4 San Francisco, CA 94102

07-6098 PJH

7006 0810 0001 9709 3399

PS Form 3800, June 2002      See Reverse for Instructions