# EXHIBIT 2

```
              IN THE SUPERIOR COURT OF SOUTH CENTRAL DISTRICT JUDICIAL DISTRICT,
                   COUNTY OF LOS ANGELES, STATE OF CALIFORNIA
NO. TA016787                                          PAGE NO.  1
THE PEOPLE OF THE STATE OF CALIFORNIA    VS.      CURRENT DATE 01/22/08
DEFENDANT 01:  MARCO   MARROQUIN
LAW ENFORCEMENT AGENCY EFFECTING ARREST: COMPTON SUPERIOR COURT

BAIL: APPEARANCE  AMOUNT    DATE      RECEIPT OR   SURETY COMPANY   REGISTER
         DATE     OF BAIL   POSTED    BOND NO.                      NUMBER

CASE FILED ON 12/01/92.
 MISCELLANEOUS FILING FOR TRACKING PURPOSES
OFFENSE(S):
   COUNT 01: 187(A) PC FEL  - MURDER.
COMMITTED ON OR ABOUT 01/13/92 IN THE COUNTY OF LOS ANGELES
NEXT SCHEDULED EVENT:
  09/02/03    830 AM  MOTION    DIST SOUTH CENTRAL DISTRICT DEPT SCO


ON 09/02/03 AT  830 AM  IN SOUTH CENTRAL DISTRICT DEPT SCO


   CASE CALLED FOR MOTION
PARTIES: GARY E DAIGH (JUDGE)   JAIME CORONA   (CLERK)
              NONE       (REP)  NONE   (DDA)
DEFENDANT IS NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
  THE COURT HAS READ AND CONSIDERED DEFENDANTS PETITION FOR
  WRIT OF HABEAS CORPUS FILED ON 8-12-03. IN IT, DEFENDANT
  CHALLENGES THE RESULTS OF A PAROLE SUITABILITY HEARING.
  DEFENDANTS PETITION IS DENIED WITHOUT PREJUDICE.
  VENUE TO HEAR SUCH A PETITION IS VESTED IN THE COUNTY IN WHICH D
  EFENDANT IS HOUSED. (IN RE ORLANDO ROBERTS 104 CAL APP 4, 151)
  DEFENDANT SHOULD REFILE IT, IN THE COUNTY WHICH CONTAINS SOLEDAD.

  A COPY OF THIS MINUTE ORDER IS MAILED VIA U.S. MAIL TO THE
  FOLLOWING ADDRESS-
  MR. MARCO MARROQUIN CDC #H-62380
  P.O. BOX 689  G-144U
  CALIFORNIA STATE PRISON
  SOLEDAD, CA. 93960

  CC;

  DA
  PD
  FILE
NEXT SCHEDULED EVENT:
PROCEEDINGS TERMINATED



ON 11/25/03 AT  830 AM  IN SOUTH CENTRAL DISTRICT DEPT SCO

   CASE CALLED FOR MOTION
PARTIES: GARY E DAIGH (JUDGE)   JAIME CORONA   (CLERK)
              NONE       (REP)  NONE   (DDA)
DEFENDANT IS NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
  COURT HAS PREVIOUSLY READ AND CONSIDERED PETITION FOR WRIT
  OF HABEAS CORPUS.

  COURT PREVIOUSLY RULED ON 9-2-03 THAT PETITION IS VESTED IN THE
  COUNTY IN WHICH DEFENDANT IS HOUSED. (IN RE ORLANDO ROBERTS 104
```

```
CASE NO. TA016787                                    PAGE NO.   2
DEF NO.  01                                          DATE PRINTED 01/22/08
```

   CAL APP 4, 151). DEFENDANT SHOULD REFILE IT IN THE COUNTY WHICH
   CONTAINS SOLEDAD.

   *AS INDICATED ON THIS WRIT OF HABEAS CORPUS RECEIVED 10-24-03;
   DEFENDANT INTENDED TO FILE WRIT IN THE COUNTY OF MONTEREY.

   COURT ORDERS THIS WRIT TO BE SENT FORTHWITH TO MONTEREY COUNTY.

   A COPY OF THIS MINUTE ORDER IS MAILED TO THE FOLLOWING
   ADDRESS-
   MR. MARCO MARROQUIN CDC#H-62380
   BOX 689 G-144U
   CALIFORNIA STATE PRISON
   SOLEDAD, CA. 93960

   CC;
   DA
   PD

   FILE
NEXT SCHEDULED EVENT:
PROCEEDINGS TERMINATED



ON 12/22/06 AT  830 AM  IN SOUTH CENTRAL DISTRICT DEPT SCO

   CASE CALLED FOR HABEAS CORPUS PETITION
PARTIES: GARY E DAIGH (JUDGE)  JAIME CORONA  (CLERK)
               NONE       (REP)  DALE A DAVIDSON  (DDA)
DEFENDANT IS NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   THE COURT HAS READ AND CONSIDERED DEFENDANTS PETITION FOR
   WRIT OF HABEAS CORPUS FILE STAMPED ON 10/24/06, BUT NOT RECEIVED
   BY THIS COURT UNTIL WEEKS THEREAFTER. IN IT THE DEFENDANT
   ALLEGES HE WAS IMPROPERLY DENIEDPAROLE AT HIS 6/6/06 PAROLE
   BOARD HEARING. ATTACHED TO DEFENDANTS PETITION IS THE TRANSCRIPT
   OF THE PAROLE HEARING. IN IT THE BOARDFULLY CONSIDERED
   DEFENDANTS LACK OF RECORD, GRAVITY OF THE MURDER DEFENDANT
   COMMITTED, HIS FAMILY HISTORY AND POST-PAROLE PLANS. THE
   PAROLE BOARD CONCLUDED THAT DEFENDANTS RELEASE AT THIS TIME

   WOULD POSE AN UNREASONABLE RISK OF DANGER TO SCOIETY. THIS
   DECISION IS SUPPORTED BY THE CIRCUMSTANCES OF THE CRIME
   ITSELF AND THE REFUSAL BY THE DEFENDANT TO TAKE FULL
   RESPONSIBILITIES FOR HIS ACTIONS.

   THE DEFENDANTS PAROLE BOARD TESTIMONY MAKES CLEAR THAT HE
   BLAMES OTHER PERSONS WHO "KIDNAPPED AND ROBBED" HIM THAT NIGHT
   AND THE VICTIMS ACTIONS ACTIONS FOR HIS CONVICTION. THE
   CONTINUED SELF DEFENSE EXPLANATION FOR DEFENDANTS ACTIONS
   ON THE NIGHT OF THE MURDER DID NOT IMPRESS THE PAROLE BOARD
   OR THIS COURT. IT CONCLUSION THAT THE DEFENDANT IS A DANGER
   TO THE COMMUNITY, IF RELEASED, IS AMPLY SUPPORTED BY THE
   EVIDENCE. PETITION DENIED.

   A COPY OF THIS MINUTE ORDERED IS MAILED VIA U.S MAIL TO THE

```
CASE NO. TA016787                          PAGE NO.   3
DEF NO.  01                                DATE PRINTED 01/22/08

    FOLLOWING-
    .
    MR. MARCO MARROQUIN CDC#H-62380
    BOX 689 G-144U
    CALIFORNIA STATE PRISON
    SOLEDAD, CA. 93960
    .
    CC;
    DA
    PD
    FILE
NEXT SCHEDULED EVENT:
PROCEEDINGS TERMINATED



01/22/08



I HEREBY CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ELECTRONIC DOCKET
ON FILE IN THIS OFFICE AS OF THE ABOVE DATE.
JOHN A. CLARKE , EXECUTIVE OFFICER/CLERK OF SUPERIOR COURT, COUNTY OF LOS
ANGELES, STATE OF CALIFORNIA

BY _____, DEPUTY
        K. Trumble
```

